Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−34996−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sam R. Boone
   25 Taisley Lane
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−3039

Employer's Tax I.D. No.:

---

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on December 12, 2017 and a confirmation hearing on such Plan has been scheduled for June 20, 2018.

The debtor filed a Modified Plan on June 14, 2018 and a confirmation hearing on the Modified Plan is scheduled for July 18, 2018 @ 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 18, 2018
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-34996-CMG
Sam R. Boone                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 18, 2018
                              Form ID: 186             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
```
db              #+Sam R. Boone,    25 Taisley Lane,    Burlington, NJ 08016-5159
517225232        +American Express,    PO Box 981537,    El Paso, TX 79998-1537
517284028         American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                   Malvern PA 19355-0701
517225235        +Andrews FCU,    5711 Allentown Rd,    Suitland, MD 20746-4547
517225237       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
517225238       #+Borrowers First Inc,    1114 Lost Creek Blvd,    Austin, TX 78746-6374
517225243        +CRDT First,    PO Box 81315,    Cleveland, OH 44181-0315
517225240        +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517225242        +Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
517225241         Citicards CBNA,    Citibusiness Customer Service,    PO Box 6235,    Sioux Falls, SD 57117-6235
517305093         Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
517257112         First Associates Loan Servicing, LLC,    as agent for BFCL Trust,    PO Box 503430,
                   San Diego, CA 92150-3430
517225248         Lexus Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
517225249        +PNC,    PO Box 3180,    Pittsburgh, PA 15230-3180
517342240        +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982
517239104        +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                   Addison, Texas 75001-9013
517358707         US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
517225257        +US Dept of Education,    2401 International Lane,    Madison, WI 53704-3121
517225256        +Upstart Network Inc,    PO Box 61203,    Palo Alto, CA 94306-6203
517225258        +Wells Fargo Bank NA,    PO Box 94435,    Albuquerque, NM 87199-4435
517292515         Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                   Des Moines, IA 50306-0438
517243558        +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938
517225259        +Wells Fargo Card Services,    PO Box 10347,    Des Moines, IA 50306-0347
517342219        +Wilmington Savings Fund Society,    Upstart Loan Operations,    2 Circle Star Way 2nd Fl,
                   San Carlos, CA 94070-6200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: usanj.njbankr@usdoj.gov Jun 18 2018 23:55:35      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 18 2018 23:55:32      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
517225233        +E-mail/Text: broman@amhfcu.org Jun 18 2018 23:55:42      American Heritage,    2060 Red Lion Road,
                   Philadelphia, PA 19115-1699
517225234        +E-mail/Text: broman@amhfcu.org Jun 18 2018 23:55:42      American Heritage FCU,
                   C/O Brian Romaniello,    2060 Red Lion Road,    Philadelphia, PA 19115-1699
517225236        +E-mail/Text: bk@avant.com Jun 18 2018 23:56:13      Avant,    222 N Lasalle St,
                   Chicago, IL 60601-1101
517225239        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2018 23:53:41      Capital One Bank USA,
                   PO Box 30281,    Salt Lake City, UT 84130-0281
517225244         E-mail/Text: mrdiscen@discover.com Jun 18 2018 23:54:23      Discover,    PO Box 15316,
                   Wilmington, DE 19856
517237264         E-mail/Text: mrdiscen@discover.com Jun 18 2018 23:54:23      Discover Bank,
                   Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517225246         E-mail/Text: bankruptcy.bnc@ditech.com Jun 18 2018 23:54:56      Ditech,    PO Box 94710,
                   Palatine, IL 60094-4710
517225245         E-mail/Text: cio.bncmail@irs.gov Jun 18 2018 23:54:45      District Director of the IRS,
                   955 So Springfield Ave,    Springfield, NJ 07081
517304510         E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 18 2018 23:55:52      Jefferson Capital Systems LLC,
                   Po Box 7999,    Saint Cloud Mn 56302-9617
517335379         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2018 23:52:23
                   LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517330432        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2018 23:55:31      Midland Funding LLC,
                   PO Box 2011,    Warren, MI 48090-2011
517331640         E-mail/Text: bnc-quantum@quantum3group.com Jun 18 2018 23:55:25
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517225250         E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2018 23:52:56      SYNCB/Amazon PLCC,
                   PO Box 960013,    Orlando, FL 32896-0013
517225251         E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2018 23:52:56      SYNCB/Lowes,    PO Box 956005,
                   Orlando, FL 32896-5004
517225252         E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2018 23:52:16      SYNCB/Sam's Club DC,
                   PO Box 965005,    Orlando, FL 32896-5004
517225253         E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2018 23:52:50      SYNCB/Walmart,    PO Box 530927,
                   Atlanta, GA 30353-0927
517225254         E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2018 23:52:11      SYNCB/Walmart DC,    PO Box 965024,
                   Orlando, FL 32896-5024
517228386        +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2018 23:53:31      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Jun 18, 2018
                              Form ID: 186             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517225255      +E-mail/Text: usanj.njbankr@usdoj.gov Jun 18 2018 23:55:35      United States Attorney,
                 For The IRS,   970 Broad St, 5th Floor,   Newark, NJ 07102-2527
                                                                                             TOTAL: 21

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517225247*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2018 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Robert    Braverman    on behalf of Debtor Sam R. Boone robert@bravermanlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3
```