**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Sam R. Boone<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–3039<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: 13  12/12/17 |
| Case number: | 17–34996–CMG | Date case converted to chapter: 7  10/2/18 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sam R. Boone | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 25 Taisley Lane<br>Burlington, NJ 08016 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert Braverman<br>Law Office of Robert Braverman, LLC<br>Suite 333<br>1060 N. Kings Highway<br>Cherry Hill, NJ 08034 | Contact phone (856) 348–0115 |
| 5. | **Bankruptcy trustee**<br>Name and address | Barry R. Sharer<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043 | Contact phone 856–282–0998 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 10/3/18 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **October 31, 2018 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 1/2/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                           Case No. 17-34996-CMG
Sam R. Boone                                                                     Chapter 7
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2                   Date Rcvd: Oct 03, 2018
                               Form ID: 309A               Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db           #+Sam R. Boone,    25 Taisley Lane,    Burlington, NJ 08016-5159
tr            +Barry R. Sharer,    Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,
                Voorhees, NJ 08043-4376
517225235     +Andrews FCU,    5711 Allentown Rd,    Suitland, MD 20746-4547
517257112      First Associates Loan Servicing, LLC,    as agent for BFCL Trust,    PO Box 503430,
                San Diego, CA 92150-3430
517225249     +PNC,   PO Box 3180,    Pittsburgh, PA 15230-3180
517342240     +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982
517239104     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
517358707      US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
517225257     +US Dept of Education,    2401 International Lane,    Madison, WI 53704-3121
517225256     +Upstart Network Inc,    PO Box 61203,    Palo Alto, CA 94306-6203
517342219     +Wilmington Savings Fund Society,    Upstart Loan Operations,    2 Circle Star Way 2nd Fl,
                San Carlos, CA 94070-6200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: robert@bravermanlaw.com Oct 04 2018 00:27:18       Robert Braverman,
                Law Office of Robert Braverman, LLC,    Suite 333,   1060 N. Kings Highway,
                Cherry Hill, NJ  08034
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2018 00:28:36       U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2018 00:28:32       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517225232    +EDI: AMEREXPR.COM Oct 04 2018 03:48:00      American Express,   PO Box 981537,
                El Paso, TX 79998-1537
517284028     EDI: BECKLEE.COM Oct 04 2018 03:48:00      American Express Centurion Bank,
                c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
517225233    +E-mail/Text: broman@amhfcu.org Oct 04 2018 00:28:43       American Heritage,   2060 Red Lion Road,
                Philadelphia, PA 19115-1699
517225234    +E-mail/Text: broman@amhfcu.org Oct 04 2018 00:28:43       American Heritage FCU,
                C/O Brian Romaniello,    2060 Red Lion Road,   Philadelphia, PA 19115-1699
517225236    +E-mail/Text: bk@avant.com Oct 04 2018 00:29:20      Avant,   222 N Lasalle St,
                Chicago, IL 60601-1101
517225237     EDI: BANKAMER.COM Oct 04 2018 03:49:00      Bank of America,   PO Box 982238,
                El Paso, TX 79998
517225243    +EDI: CRFRSTNA.COM Oct 04 2018 03:48:00      CRDT First,   PO Box 81315,
                Cleveland, OH 44181-0315
517225239    +EDI: CAPITALONE.COM Oct 04 2018 03:49:00      Capital One Bank USA,   PO Box 30281,
                Salt Lake City, UT 84130-0281
517225240    +EDI: CHASE.COM Oct 04 2018 03:48:00      Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
517225241     EDI: CITICORP.COM Oct 04 2018 03:48:00      Citicards CBNA,   Citibusiness Customer Service,
                PO Box 6235,   Sioux Falls, SD 57117-6235
517225242    +EDI: CITICORP.COM Oct 04 2018 03:48:00      Citicards CBNA,   PO Box 6241,
                Sioux Falls, SD 57117-6241
517305093     EDI: CRFRSTNA.COM Oct 04 2018 03:48:00      Credit First NA,   PO Box 818011,
                Cleveland, OH 44181-8011
517225244     EDI: DISCOVER.COM Oct 04 2018 03:48:00      Discover,   PO Box 15316,   Wilmington, DE 19856
517237264     EDI: DISCOVER.COM Oct 04 2018 03:48:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH  43054-3025
517225246     E-mail/Text: bankruptcy.bnc@ditech.com Oct 04 2018 00:28:06       Ditech,   PO Box 94710,
                Palatine, IL 60094-4710
517225245     EDI: IRS.COM Oct 04 2018 03:49:00      District Director of the IRS,   955 So Springfield Ave,
                Springfield, NJ 07081
517304510     EDI: JEFFERSONCAP.COM Oct 04 2018 03:48:00      Jefferson Capital Systems LLC,   Po Box 7999,
                Saint Cloud Mn 56302-9617
517335379     EDI: RESURGENT.COM Oct 04 2018 03:48:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Citibank, N.A.,    Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
517225248     EDI: TFSR.COM Oct 04 2018 03:48:00      Lexus Financial Services,   PO Box 4102,
                Carol Stream, IL 60197-4102
517330432    +EDI: MID8.COM Oct 04 2018 03:48:00      Midland Funding LLC,   PO Box 2011,
                Warren, MI 48090-2011
517331640     EDI: Q3G.COM Oct 04 2018 03:49:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA  98083-0788
517225250     EDI: RMSC.COM Oct 04 2018 03:49:00      SYNCB/Amazon PLCC,   PO Box 960013,
                Orlando, FL 32896-0013
517225251     EDI: RMSC.COM Oct 04 2018 03:49:00      SYNCB/Lowes,   PO Box 956005,   Orlando, FL 32896-5004
517225252     EDI: RMSC.COM Oct 04 2018 03:49:00      SYNCB/Sam's Club DC,   PO Box 965005,
                Orlando, FL 32896-5004
517225253     EDI: RMSC.COM Oct 04 2018 03:49:00      SYNCB/Walmart,   PO Box 530927,   Atlanta, GA 30353-0927
517225254     EDI: RMSC.COM Oct 04 2018 03:49:00      SYNCB/Walmart DC,   PO Box 965024,
                Orlando, FL 32896-5024
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Oct 03, 2018
                              Form ID: 309A            Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517228386        +EDI: RMSC.COM Oct 04 2018 03:49:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517225255        +E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2018 00:28:36      United States Attorney,
                  For The IRS,    970 Broad St, 5th Floor,    Newark, NJ 07102-2527
517225258        +EDI: WFFC.COM Oct 04 2018 03:48:00      Wells Fargo Bank NA,    PO Box 94435,
                  Albuquerque, NM 87199-4435
517292515         EDI: WFFC.COM Oct 04 2018 03:48:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                  PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517243558        +EDI: WFFC.COM Oct 04 2018 03:48:00      Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,
                  St. Louis Park, MN 55426-4938
517225259        +EDI: WFFC.COM Oct 04 2018 03:48:00      Wells Fargo Card Services,    PO Box 10347,
                  Des Moines, IA 50306-0347
                                                                                              TOTAL: 35

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517225247*      +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517225238      ##+Borrowers First Inc,    1114 Lost Creek Blvd,   Austin, TX 78746-6374
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Barry R. Sharer    CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert   Braverman    on behalf of Debtor Sam R. Boone robert@bravermanlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```