UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Lease Trust

In Re:
    Sam R. Boone

Order Filed on January 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: <u>17-34996 CMG</u>

Chapter: <u>7</u>

Hearing Date: January 15, 2019 at 10:00 A.M.
Judge: Christine M. Gravelle

| Recommended Local Form | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 15, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Lease Trust</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐　　Real Property More Fully Described as:

■　　Personal Property More Fully Describes as: **2015 Lexus ES350, VIN: JTHBK1GG0F2198683,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*